IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RAELIGH DIVISION
NO. 5:17CR65-D

UNITED STATES OF AMERICA )
)
v. )
)
PAUL NADERMAN )

## ORDER

Upon consideration of the foregoing MOTION TO MODIFY CONDITIONS OF SUPERVISION filed by the Defendant in this case, Mr. Naderman's conditions of release are hereby modified to permit travel to the middle district for purpose of employment.

By the Court,

_____

This the 10 day of April, 2017