IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 5:17-CR-65-1D |
| PAUL ERIC NADERMAN | § § | |

## ORDER

The Court finds that the ends of justice are served by granting this Motion. The defendant's Unopposed Motion for Sealing of documents is GRANTED.

This motion and order shall be filed under seal.

SIGNED at U.S. District Court for the Eastern District of North Carolina, on _July 7_, 2017.

JAMES C. DEVER III
Chief United States District Judge